UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| TRAMMELL WILLIAMS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEBRA HERNDON, Warden,<br><br>　　　　　　Respondent. | ) CV 08-07907-JVS (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:  June 18, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1